1  **WO**                                                                 LMH

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James D. Shepherd, ) | No. CV 05-4126-PHX-MHM (MEA) |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Joseph M. Arpaio, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

      This is a civil rights action filed by a county jail inmate. The notice of assignment mailed to Plaintiff two months ago was returned with a notation that Plaintiff had been released from jail. See Dkt. #3. Plaintiff has not informed the Court of his new address, and the jail information line and state prison website contain no information regarding his whereabouts. It is Plaintiff's burden to keep the Court apprised of his address, and the Court need not hold this action in abeyance indefinitely awaiting an updated address that may never arrive. See Carey v. King, 856 F.2d 1439, 1441 (9th Cir. 1988) (*per curiam*). The Court will therefore dismiss the action for failure to prosecute. See FED. R. CIV. P. 41(b).

      **IT IS ORDERED** that the Complaint and this action are **dismissed** without prejudice. The Clerk of Court is directed to enter judgment accordingly.

      DATED this 16th day of April, 2006.

_____
Mary H. Murguia
United States District Judge